301 F.3d 957
 IOWA UTILITIES BOARD, et al., Petitioners,
v.
FEDERAL COMMUNICATIONS COMMISSION and United States of America, Respondents.
 No. 96-3321.
 No. 96-3406.
 No. 96-3410.
 No. 96-3414.
 No. 96-3416.
 No. 96-3418.
 No. 96-3424.
 No. 96-3430.
 No. 96-3436.
 No. 96-3444.
 No. 96-3450.
 No. 96-3453.
 No. 96-3460.
 No. 96-3507.
 No. 96-3520.
 No. 96-3603.
 No. 96-3608.
 No. 96-3696.
 No. 96-3708.
 No. 96-3709.
 No. 96-3756.
 No. 96-3901.
 No. 96-3906.
 No. 96-3982.
 United States Court of Appeals, Eighth Circuit.
 August 21, 2002.
 
 1
 On Remand From The Supreme Court of The United States.
 
 JUDGMENT
 
 2
 This case pends on remand from the Supreme Court, ___ U.S. ___, 122 S.Ct. 1646, 152 L.Ed.2d 701. Pursuant to the Supreme Court's mandate, it is ordered:
 
 
 3
 Those portions of this court's judgment of July 18, 2000, which invalidated 47 C.F.R. Section 51.505(b)(1)(the TELRIC rule) and 47 C.F.R. Section 51.315(c)-(f)(the additional combinations rules) are vacated, and the petitions for review of the FCC's First Report and Order with respect to those rules are denied.